## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 13-35647M |
| | Citizenship: MEXICO |
| Jose Luis Santos-Hernandez | |

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about November 30, 2013, at or near Cowlic, Arizona, in the District of Arizona, Jose Luis SANTOS-Hernandez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on July 30, 2013, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about November 28, 2013, at or near Sasabe, Arizona, in the District of Arizona, Jose Luis SANTOS-Hernandez, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

    Jose Luis SANTOS-Hernandez is a citizen of Mexico. On July 30, 2013, Jose Luis SANTOS-Hernandez was lawfully denied admission, excluded, deported, and removed from the United States through El Paso, Texas. On November 30, 2013, agents found Jose Luis SANTOS-Hernandez in the United States at or near Cowlic, Arizona. Jose Luis SANTOS-Hernandez did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Jose Luis SANTOS-Hernandez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Jose Luis SANTOS-Hernandez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on November 28, 2013, at or near Sasabe, Arizona.

File Date: 12/02/2013

at Tucson, Arizona

Jaime Torres, Border patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 12/02/2013

**Leslie A. Bowman**
**United States Magistrate Judge**

FBI Number: 822745MD5

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 13-35647M

vs.

Jose Luis Santos-Hernandez

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Jose Luis Santos-Hernandez, was represented by counsel, Grace Goodman (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 12/02/2013. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 11/28/2013 |

As pronounced on 12/02/2013, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, December 02, 2013.

*Leslie A. Bowman*

Leslie A. Bowman
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 822745MD5

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| **DISTRICT OF ARIZONA - TUCSON** | |

Date: 12/02/2013          Case Number: 13-35647M

USA vs.  **Jose Luis Santos-Hernandez**

U.S. MAGISTRATE JUDGE: LESLIE A. BOWMAN     Judge AO Code: 70BX
ASSIGNED U.S. Attorney: Wilbert (Buck) Rocker
INTERPRETER REQ'D: Juan Radillo, Spanish
Attorney for Defendant: Grace Goodman (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be     **Same**
[X] Petty Offense     [X] Date of Arrest:     **11/30/2013**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Grace Goodman (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart     COP: 1
BY: Armida Butler     Sent: 0
Deputy Clerk     IA: 0
Start: 01:36 Stop: 3:34